**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOHATHAN BRISLANE, | ) | NO. CV 16-6002-JFW(Ex) |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| BILL BROWN, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |
| _____ | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of the Judgment, this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and on all counsel of record.

DATED: 10/17/17 .

*[signature]*
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOHATHAN BRISLANE, | ) | NO. CV 16-6002-JFW(Ex) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| BILL BROWN, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: _____.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE