**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOHATHAN BRISLANE, | ) | NO. CV 16-6002-JFW(Ex) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| BILL BROWN, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: 10/17/17 .

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE